HOLLAND & KNIGHT LLP
Andrew M. Cummings, Esq. (CA SBN 305081)
Andrew.cummings@hklaw.com
Three Park Plaza, Suite 1400
Irvine, California 92614
Telephone: (949) 833-8550
Facsimile: (949) 833-8540

Attorneys for Defendant
TOYOTA MOTOR CREDIT
CORPORATION

Shay Brodsky, *In Pro Per*
5251 Vineland Ave.
Apt. #508
North Hollywood, CA 91601
Email: keywestlock@gmail.com

JS6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAY BRODSKY,<br><br>   Plaintiff,<br><br>vs.<br><br>TOYOTA MOTOR CREDIT CORPORATION,<br><br>   Defendant. | Case No.:<br>2:21-cv-02005-RGK (PVCx)<br><br>(Los Angeles County Superior Court Case No. 20PDSC2407)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** [20] |

Upon review of the parties' Joint Stipulation of Dismissal with Prejudice of this action, and good cause appearing,

**IT IS ORDERED** that the Joint Stipulation is **GRANTED**.

The above-entitled matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: June 16, 2021

_____
United States District Judge